## MARKHAM v. SWAILS

No. 161 PC.

Case below: 29 N.C. App. 205.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 17 June 1976. Motion of defendants to dismiss appeal for failure to comply with Rule 36 allowed 17 June 1976.

## RIVERS v. RIVERS

No. 156 PC.

Case below: 29 N.C. App. 172.

Petition by defendant for discretionary review under G.S. 7A-31 denied 17 June 1976.

## SHERMAN v. MYERS

No. 136 PC.

Case below: 29 N.C. App. 29.

Petition by defendants for discretionary review under G.S. 7A-31 denied 17 June 1976. Appeal dimissed ex mero motu for lack of substantial constitutional question 17 June 1976.

## STATE v. CARLTON

No. 92.

Case below: 28 N.C. App. 573.

Petition by defendant for discretionary review under G.S. 7A-31 denied 17 June 1976.

## STATE v. CRAWFORD AND MOSES

No. 157 PC.

Case below: 29 N.C. App. 421.

Petition by defendant Crawford for discretionary review under G.S. 7A-31 denied 17 June 1976.